# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 124 EAL 2020

    Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v.

DARRYL (DEWS) WEST,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 125 EAL 2020

    Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v.

DARRYL DEWS,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 126 EAL 2020

    Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v.

DARRYL DEWS,

    Petitioner

## ORDER


**PER CURIAM**

**AND NOW**, this 26th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.